UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLYN JOHNSON, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:15-CV-2812-M (BF) |
| NATIONAL STORES, INC., d/b/a | § | |
| Fallas Paredes, CARL WARREN and | § | |
| COMPANY, and J&M SALES OF | § | |
| TEXAS, L.L.C., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated April 11, 2017. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' Amended Motion to Dismiss [ECF No. 25] is GRANTED.

**SO ORDERED**, this 8th day of May, 2017.

*Barbara M. G. Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE

1